UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
 :
JIA HU QIAN, individually and behalf of all :
other employees similarly situated, :
 :
                                                            :     16-CV-6441 (JPO)
                                    Plaintiff,    :
                 -v-                      :           ORDER
 :
SAIGON CAFÉ 89 INC., *et al.*, :
 :
                                  Defendants. :
------------------------------------------------------------X

J. PAUL OETKEN, District Judge:

        The Court has been notified that the parties have reached a settlement in this Fair Labor Standards Act ("FLSA") case, and they have submitted a proposed settlement for the Court's approval. The proposed settlement involves $25,000 to be allocated to Plaintiff in connection with his FLSA claims. After deducting $670 for costs, one-third of the settlement sum will be collected in attorney's fees.

        The Court has reviewed the terms of the proposed settlement and finds that they are fair and reasonable under *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 203, 206 (2d Cir. 2015). To that end, the proposed settlement at Docket Number 55 is approved, and the case is hereby DISMISSED WITH PREJUDICE. The Court shall retain jurisdiction solely to resolve any disputes arising from the settlement agreement and the settlement of this action.

        The Clerk of Court is directed to close the case.

        SO ORDERED.

Dated: January 29, 2018
       New York, New York

                                                                                              J. PAUL OETKEN
                                                                              United States District Judge